COMMONWEALTH of Pennsylvania,
Respondent

v.

William MANGINO II,
M.D., Petitioner.

Supreme Court of Pennsylvania.

Dec. 29, 2015.

## ORDER

PER CURIAM.

AND NOW, this 29th day of December, 2015, the Petition for Allowance of Appeal and Applications for Relief are **DENIED.**

Justice EAKIN did not participate in the decision of this matter.